Tammy B. Webb (SBN 227593)
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Steven A. Zalesin (Admitted *Pro Hac Vice*)
sazalesin@pbwt.com
Sarah E. Zgliniec (Admitted *Pro Hac Vice*)
sezgliniec@pbwt.com
Travis J. Tu (Admitted *Pro Hac Vice*)
tjtu@pbwt.com
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Attorneys for All Defendants*

(Additional counsel listed on the signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (NO. II) | Case No. 4:14-md-2555-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to paragraph 4 of the standing order of The Honorable Jeffrey S. White and Civil Local Rules 6.1(b), 6-2, and 7-12 of the Northern District of California, IT IS HEREBY STIPULATED by and between the parties to the above-captioned action that the September 26, 2014 Case Management Conference be continued to October 10, 2014.

As background, the parties state:

1. On August 13, 2014, the Parties filed a Stipulation and (Proposed) Order Adjourning the August 29, 2014 Case Management Conference, pending the ruling on Defendants' Motion to

Dismiss Complaint in *Engurasoff*, and requested that the Court set the same case management conference date for the *Lazaroff* and *Sowizrol* cases. (Dkt. 4)

2. On August 21, 2014, the Court entered an Order denying in part and granting in part Defendants' Motion to Dismiss in *Engurasoff v. The Coca-Cola Company, et al.,* Case No. 4:13-cv-3990-JSW. (*Engurasoff* Dkt. 73.)

3. On August 25, 2014, the Court entered an amended notice continuing the case management conference to September 26, 2014 in the *Engurasoff, Nobles, Aumiller, Merritt, Lazaroff,* and *Sowizrol* matters. (Dkt. 7)

4. Due to scheduling conflicts and prior international travel arrangements, defense counsel is not available to attend the September 26, 2014 case management conference.

5. The parties agree that in light of the scheduling conflicts, the Case Management Conference should be moved to an alternate date. Counsel for Plaintiffs and Defendants are available on October 10, 2014 to attend the Case Management Conference.

IT IS HEREBY STIPULATED by and between the parties that the September 26, 2014 Case Management Conference be continued to October 10, 2014, or to a later date convenient for the Court and the counsel for the parties.

Dated: August 28, 2014               Respectfully submitted,

*/s/ Bradley F. Silverman*                    */s/ Tammy B. Webb*
Keith M. Fleischman                    Tammy B. Webb
Bradley F. Silverman                   Shook, Hardy & Bacon L.L.P.
The Fleischman Law Firm, PLLC          One Montgomery, Suite 2700
565 Fifth Avenue, Seventh Floor        San Francisco, California 94104
New York, New York 10017               Telephone: 415.544.1900
Telephone: 212.880.9571

keith@fleischmanlawfirm.com            tbwebb@shb.com
bsilverman@fleischmanlawfirm.com

                                       *Counsel for Defendants*

PRATT & ASSOCIATES
BEN F. PIERCE GORE (SBN 128515)
1871 The Alameda, Suite 425

293954 v2

San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
Email: pgore@prattattorneys.com

*Attorneys for George Engurasoff,
Joshua Ogden, Yocheved Lazaroff and Rachel Dube*


*/s/ Mark L. Knutson*
FINKELSTEIN AND KRINSK LLP
Mark L. Knutson
501 West Broadway, Suite 1250
San Diego, CA 92101-3593
(619)238-1333
Fax: (619)238-5425
Email: mlk@classactionlaw.com

*Attorneys for Paul Merritt*


*/s/ Phillip Timothy Howard*
HOWARD AND ASSOCIATES, P.A.
Phillip Timothy Howard
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
850-298-4455
Email: tim@howardjustice.com

*Attorneys for Bristol I. Aumiller*


*/s/ Reginald Von Terrell*
THE TERRELL LAW GROUP
Reginald Von Terrell
Post Office Box 13315, PMB #148
Oakland, CA 94661
510-237-9700
Fax: 510-237-4616
Email: reggiet2@aol.com

---

3
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:14-MD-2555-JSW

293954 v2

|   |   |
|---|---|
| 1 | */s/ Sydney Jay Hall* |
|   | Sydney Jay Hall |
| 2 | 1308 Bayshore Hwy, Suite 220 |
|   | Burlingame, CA 94010 |
| 3 | Telephone: 650.342.1830 |
|   | Email: sydneyhalllawoffice@yahoo.com |
| 4 |   |
|   | *Attorneys for Ayanna Nobles and Julia Hughes* |
| 5 |   |

*/s/ Robert A. Clifford*
CLIFFORD LAW OFFICES
ROBERT A. CLIFFORD
SHANNON MCNULTY
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: 312.899.9090
Email: ras@cliffordlaw.com
Email: smm@cliffordlaw.com

*Attorneys for Ronald R. Sowizrol*

Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Tammy B. Webb*
Tammy B. Webb

4
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:14-MD-2555-JSW

293954 v2

1
2

**[PROPOSED] ORDER**

3    The Court hereby orders that the September 26, 2014 Case Management Conference is
4    continued to  October 10, 2014   .  The Parties shall file a Joint Case Management Conference
5    Statement by no later than September 19, 2014.
6    IT IS SO ORDEREED.
7    Dated:  September 2, 2014

/s/ Jeffrey S. White
U.S. DISTRICT COURT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

293954 v2