IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (NO. II)<br><br>This order relates to all actions.<br><br>_____/ | No. 14-MD-02555 JSW<br><br>**ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO COMPLAINTS** |

Now before the Court is the administrative motion by Defendants to extend the time to respond to the complaints in the individual actions, as well as Plaintiffs' joint opposition thereto. In light of Plaintiffs' statement that they have no present intent to file one consolidated complaint, the Court HEREBY ORDERS Plaintiffs in Case No. C 13-03990 to file their amended complaint, if any, by no later than September 22, 2014. Plaintiffs in the other five individual actions shall also file amended complaints to comply with the rulings in the Court's order on the motion to dismiss by no later than September 22, 2014. Defendants' answers or motions to dismiss shall be filed by no later than October 6, 2014.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE