UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (NO. II)<br><br>This document relates to**:**<br><br>*Engurasoff v. The Coca-Cola Company, et al.*, Case No. 4:13-cv-03990-JSW<br><br>*Aumiller v. The Coca-Cola Company, et al.*, Case No. 4:14-cv-1447-JSW<br><br>*Merritt v. The Coca-Cola Company, et al.*, Case No. 4:14-cv-01067-JSW<br><br>*Nobles v. The Coca-Cola Company, et al.*, Case No. 4:13-cv-05071 | Case No.  14-md-02555-JSW<br><br>**ORDER REGARDING MOTION TO CONSOLIDATE**<br><br>Re: Docket No. 80 |

On August 11, 2015, Plaintiffs' filed a motion for consolidation of the California and Florida Actions, which is noticed for a hearing on October 2, 2015.  (Docket No. 80, Motion to Consolidate ("Mot.").)  In their motion, Plaintiffs assert that their previous motion to consolidate, which was filed in *Engurasoff v. The Coca-Cola Company, et al.*, 13-cv-03990-JSW, "is still pending."  (Mot. At 3:7.)  In fact, the Court denied that motion on August 21, 2014.  (Docket No. 73, Order Denying in Part and Granting in Part Defendants' Motion to Dismiss at 1:21-24.)  Thus, that motion is not still pending.

Because the Court's ruling was without prejudice to *re-filing* the motion, it is HEREBY ORDERED that if Plaintiffs wish to rely on the brief and evidence submitted in support of the motion to consolidate filed in the *Engurasoff* case, they shall re-file that motion in this case by no later than August 17, 2015.  The hearing shall remain on calendar on October 2, 2015.  Defendants' response shall be due two weeks after Plaintiffs re-file the motion, and Plaintiffs'

1 | reply shall be due one week after Defendants file their opposition.

2 |      If Defendants and Plaintiffs intend to submit the opposition and reply briefs and evidence
3 | previously filed, rather than filing new opposition or reply briefs and evidence, they shall re-file
4 | those briefs in this case.

5 |      If the Court finds the motion suitable for disposition without oral argument, it shall notify
6 | the parties in advance of the hearing date.

7 |      All parties are HEREBY ORDERED to submit chambers copies of their briefs to the
8 | Court, even if they had previously submitted chambers copies of these briefs, pursuant to Northern
9 | District Civil Local Rule 5.1(e)(7).

10 | **IT IS SO ORDERED.**

11 | Dated: August 12, 2015

JEFFREY S. WHITE
United States District Judge