UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (NO. II)<br><br>This document relates to all actions. | Case No. 14-md-02555-JSW<br><br>**ORDER REQUESTING ADDITIONAL BRIEFING AND EXTENDING DEADLINES FOR OPPOSITION AND REPLY BRIEFS**<br><br>Re: Docket. No. 84 |

On October 2, 2015, the Court is scheduled to hear an "unopposed" motion to consolidate four of the eight cases that comprise this litigation: *Engurasoff v. The Coca-Cola Company, et al.*, 13-cv-3990; *Nobles v. The Coca-Cola Company, et al.*, 13-cv-5071; *Merritt v. The Coca-Cola Company, et al.*, 14-cv-1067; *and Aumiller v. The Coca-Cola Company, et al.*, 14-cv-1447. At the case management conference held on July 10, 2015, the Court did set a deadline by which the Plaintiffs in these four cases (the "Moving Plaintiffs") would be required to file an amended consolidated complaint. (Docket No. 69, Minute Order.) However, the Court also stated that "[i]f Plaintiffs seek to consolidate these actions, they shall file a motion to consolidate or, if all parties *in all cases* agree, a stipulation to consolidate. *These actions will either be fully consolidated for pretrial proceedings or they will not be consolidated.*" (*Id.* (emphasis added).)

The Moving Plaintiffs have not moved to consolidate all eight actions. The Court HEREBY ORDERS that the Plaintiffs shall file additional briefing, limited to no more than ten pages, that demonstrates why the Moving Plaintiffs' cases should *not* be consolidated with the other four cases. That brief shall be due by September 4, 2015.

Moving Plaintiffs also caption their motion as "unopposed." However, it has not been signed by counsel for the Defendants and although Plaintiffs assert Defendants do not oppose the

1  motion, there is no evidence to support that assertion.

2       In light of the Court's request for additional briefing, it HEREBY EXTENDS the time by
3  which Defendants must file an opposition to the motion or a statement of non-opposition from
4  August 31, 2015 to no later than September18, 2015.  Plaintiffs may file a reply by no later than
5  September 25, 2015.  The hearing remains on calendar on October 2, 2015.  If the Court finds the
6  motion suitable for resolution without oral argument, it shall notify the parties in advance of the
7  hearing date.

8       **IT IS SO ORDERED.**

9  Dated: August 27, 2015

JEFFREY S. WHITE
United States District Judge