UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (NO. II)<br><br>This Document Relates to All Actions. | Case No. 14-md-02555-JSW<br><br>[PROPOSED] PRETRIAL PRACTICE AND PROCEDURE ORDER  AS MODIFIED HEREIN |

1. The Judicial Panel on Multidistrict Litigation ("the Panel") has designated this Court as the transferee court for MDL No. 2555 – *In re Coca-Cola Products Marketing and Sales Practices Litigation (No. II)*.  Accordingly, this Order shall govern the practice and procedure in those actions transferred to this Court by the Panel pursuant to the Panel's order of August 7, 2014, as well as all related actions originally filed in this court or transferred or removed to this Court.  This Order shall also govern the practice and procedure in any tag-along actions transferred to this Court by the Panel—including the Conditional Transfer Orders docketed on September 5, 2014 and September 18, 2014—and any related actions subsequently filed in this Court or otherwise transferred or removed to this Court.

2. The actions described in Paragraph 1 of this Order are consolidated for all pretrial purposes.  Any "tag-along actions" later filed in, removed to, or transferred to this Court, or directly filed in the Northern District of California, will automatically be consolidated with this action without the necessity of future motions or orders.  This consolidation does not constitute a determination that these actions should be consolidated for trial, nor does it have the effect of making any person, firm or corporation a party to any action in which he, she or it has not been named, served or added as such in accordance with the Federal Rules of Civil Procedure.

3. The Court will be guided by the Manual for Complex Litigation, Fourth approved by the Judicial Conference of the United States, as well as by the Civil Local Rules of Court for the United States District Court for the Northern District of California ("the Civil Local

1  Rules"), and this Court's Standing Orders.  Counsel are directed to familiarize themselves with
2  the Manual for Complex Litigation, Fourth, the Civil Local Rules, and this Court's Standing
3  Orders.

4          4.     For the convenience of the parties and the Court, the Clerk of the Court
5  will maintain a master docket with a single docket number and master record under the style:
6  "In re Coca-Cola Products Marketing and Sales Practices Litigation (No. II), MDL 2555, Master
7  Case No. 4:14-md-02555-JSW."  When a pleading is intended to apply to all actions, this shall
8  be indicated by the words:  "This Document Relates to All Cases."  When a pleading is intended
9  to apply to just one of the consolidated actions, that case name and number shall appear
10 immediately after the words "This Document Relates to."

11         5.     This case is subject to Electronic Case Filing ("ECF"), pursuant to Local
12 Rule 5-1(e), which requires that documents in such a case be filed electronically.  Local Rule 5-
13 1(c)(1) provides in part that "Each attorney of record is obligated to become an ECF user and
14 obtain a user ID and password for access to the system upon filing a case in this district. Each
15 attorney of record is obligated to become an ECF user and obtain a user ID and password before
16 e-filing a document in an existing case in this district."  If he or she has not already done so,
17 counsel shall register forthwith as an ECF User and be issued an ECF User ID and password.
18 Forms and instructions can be found on the Court's Website at
19 http://www.cand.uscourts.gov/cm-ecf.  All documents shall be e-filed to the master file, 14-2555.
20 Documents that pertain only to an individual action shall also be e-filed in the respective action
21 to which the document pertains.  Any paper which is to be filed in any of these actions shall be e-
22 filed with the Clerk of this Court and not with the transferor district court.

23         6.     When an action that properly belongs as part of "In re Coca-Cola Products
24 Marketing and Sales Practices Litigation (No. II)" is filed after the date of this Order in the
25 Northern District of California or is transferred here from another court, the Clerk of this Court
26 shall:

27         a.     File a copy of this Order in the separate file for such action;

28

[PROPOSED] PRETRIAL PRACTICE AND PROCEDURE ORDER
AS MODIFIED         4:14-md-02555-JSW

8192146

         b.        Make an appropriate entry on the master docket sheet;

         c.        Mail to the attorneys for the plaintiff in the newly filed or transferred case a copy of this Order;

         d.        Upon the first appearance of any new defendant, mail to the attorneys for the defendant in any such newly filed or transferred cases a copy of this Order.

7.     Counsel who appeared in the transferor district court prior to the transfer need not enter a separate appearance before this Court. No parties to any of these actions shall be required to obtain local counsel in this district and the requirements of Civil Local Rule 11-1 of the Rules of this Court are waived as to any attorney appearing in these actions who is duly admitted to practice before any United States Court.

8.     Pursuant to this Court's May 28, 2015 Order Regarding Motion to Appoint Lead Plaintiffs' Counsel (Dkt. 53), the Fleischman Law Firm, PLLC and the Barrett Law Group are appointed as co-lead counsel for all Plaintiffs in this MDL and are empowered to act on behalf of all Plaintiffs. An executive steering committee has also been permitted in order to consult with Co-Lead Counsel in order to collectively represent the interests of all Plaintiffs.

9.     Pursuant to this Court's July 22, 2015 Order Regarding Organization of Plaintiffs' Counsel, and Protocols (Dkt. 74), Co-Lead Counsel is specifically authorized to: (a) determine and present the Plaintiffs' position on matters arising during the coordinated pretrial proceedings; (b) coordinate and conduct discovery on behalf of the Plaintiffs; (c) delegate tasks to other counsel in the interests of economy and efficiency; (d) enter into stipulations with opposing counsel; (e) convene meetings of the Steering Committee for the purpose of discussing matters of common concern; (f) agree on a plan for conducting the MDL on behalf of all Plaintiffs; (g) assess members of the Steering Committee and other counsel performing authorized common benefit work common benefit payments into a Common Benefit Fund as necessary for "shared costs" and collect and maintain such funds; (h) brief and argue motions; (i) consult with and employ expert witnesses; (j) record and report expenses for work performed to

[PROPOSED] PRETRIAL PRACTICE AND PROCEDURE ORDER
4:14-md-02555-JSW

8192146

the Steering Committee; (k) monitor work performed by the Steering Committee, and other class counsel; (l) perform all tasks necessary to carry out the functions of lead counsel and to properly coordinate Plaintiffs' pretrial activities; (m) form task-specific subcommittees of counsel as appropriate; (n) designate Plaintiffs' counsel authorized to attend hearings and depositions; (o) negotiate settlements subject to Court approval on behalf of Plaintiffs; (p) if there is a settlement, propose a plan of allocation; and (q) coordinate and communicate with Defendants' counsel with respect to these aforementioned matters.

10. Any paper filed in any of these actions which is substantially identical to any other paper filed in another of these actions shall be sufficient if it incorporates by reference the paper to which it is substantially identical. Where counsel for more than one party plan to file substantially identical papers they shall join in the submission of such papers and shall file only one paper on behalf of all so joined.

11. Any orders including protective orders previously entered by this Court or any transferor district court shall remain in full force and effect unless modified by this Court upon application. Nothing in this Order shall alter any prior order of this Court, including the Order dated July 22, 2015.

**IT IS SO ORDERED.**

Date: September 29, 2015

_____
JEFFREY S. WHITE
United States District Judge

[PROPOSED] PRETRIAL PRACTICE AND PROCEDURE ORDER
AS MODIFIED                    4:14-md-02555-JSW

8192146