Keith M. Fleischman (admitted *pro hac vice*)
Joshua D. Glatter (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

Don Barrett (admitted *pro hac vice*)
Brian K. Herrington (admitted *pro hac vice*)
BARRETT LAW GROUP
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com

*Lead Counsel for Plaintiffs*

Steven A. Zalesin (admitted *pro hac vice*)
Email: sazalesin@pbwt.com
Travis J. Tu (admitted *pro hac vice*)
Email: tjtu@pbwt.com
Michelle W. Cohen (admitted *pro hac vice*)
Email: mcohen@pbwt.com
PATTERSON BELKNAP WEBB
   & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone:   (212) 336-2000
Facsimile:   (212) 336-2222

SHOOK, HARDY & BACON L.L.P.
Tammy B. Webb (SBN 227593)
tbwebb@shb.com
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   (415) 544-1900
Facsimile:  (415) 391-0281

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (No. II)<br><br>This filing relates to all actions | Case No. 4:14-md-02555-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME BY WHICH THE PARTIES MAY FILE OPPOSITION AND REPLY PAPERS REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** AND CONTINUING HEARING DATE<br>Judge: Hon. Jeffrey S. White<br>Hearing: November 13, 2015 at 9:00 a.m.<br>Courtroom: 5 |

WHEREAS, on October 2, 2015, defendants filed a motion for partial summary judgment (Dkt. No. 100) in accordance with the July 10, 2015 Order of the Court (Dkt. No. 69); and

WHEREAS, plaintiffs' papers in opposition to the summary judgment motion are currently due by October 16, 2015 and defendants' reply papers in further support of the summary judgment motion are currently due by October 23, 2015; and

WHEREAS, a hearing on the summary judgment motion is currently scheduled for November 13, 2015 at 9:00 a.m.; and

WHEREAS, plaintiffs require additional time to properly prepare their opposition papers due to the need for coordination among counsel for all individual plaintiffs, and due to certain scheduling conflicts; and

WHEREAS, changes to the briefing schedule necessitate that defendants modify staffing assignments due to the pending maternity leave of one of their attorneys and, as a result, would require additional time to properly prepare reply papers; and

WHEREAS, the parties have met and conferred and agreed upon a proposed modified briefing schedule that would not unduly prolong the proceedings before the Court; and

WHEREAS, no prior application has been made for an enlargement of the time by which the parties may submit opposition or reply papers;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel that:

1)   Plaintiffs' papers in opposition to the summary judgment motion shall be due on or before October 30, 2015;

2)   Defendants' reply papers in further support of their summary judgment motion shall be due on or before November 20, 2015; and

3)   The hearing on the summary judgment motion shall be held on December 4, 2015 at 9:00 a.m.

Dated: October 9, 2015                                Respectfully submitted,


*/s/ Bradley F. Silverman*                            */s/ Steven A. Zalesin*
Keith M. Fleischman (admitted *pro hac vice*)         PATTERSON BELKNAP WEBB
Joshua D. Glatter (admitted *pro hac vice*)           & TYLER LLP
Bradley F. Silverman (admitted *pro hac vice*)        Steven A. Zalesin (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC                         Email: sazalesin@pbwt.com
565 Fifth Avenue, Seventh Floor                       Travis J. Tu (admitted *pro hac vice*)
New York, New York 10017                              Email: tjtu@pbwt.com
Telephone: (212) 880-9571                             Michelle W. Cohen (admitted *pro hac vice*)
Fax: (917) 591-5245                                   1133 Avenue of the Americas
keith@fleischmanlawfirm.com                           New York, New York 10036-6710
bsilverman@fleischmanlawfirm.com                      Telephone:   (212) 336-2000
                                                      Facsimile:   (212) 336-2222
Don Barrett (admitted *pro hac vice*)
Brian K. Herrington (admitted *pro hac vice*)         SHOOK, HARDY & BACON L.L.P.
BARRETT LAW GROUP                                     Tammy B. Webb (SBN 227593)
404 Court Square North                                tbwebb@shb.com
Lexington, MS 39095                                   One Montgomery, Suite 2700
Telephone: (662) 834-2488                             San Francisco, California 94104
Fax: (662) 834-2628                                   Telephone:   (415) 544-1900
dbarrett@barrettlawgroup.com                          Facsimile: (415) 391-0281
bherrington@barrettlawgroup.com
                                                      *Attorneys for Defendants*
*Lead Counsel for Plaintiffs*


**PURSUANT TO STIPULATION, IT IS SO ORDERED,**




_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE


Dated: October  9  , 2015