1  Keith M. Fleischman (*admitted pro hac vice*)
   Bradley F. Silverman (*admitted pro hac vice*)
2  THE FLEISCHMAN LAW FIRM, PLLC
3  565 Fifth Avenue, Seventh Floor
   New York, New York 10017
4  Telephone: (212) 880-9571
   Facsimile: (917) 591-5245
5  keith@fleischmanlawfirm.com
   bsilverman@fleischmanlawfirm.com
6
7  Don Barrett (*admitted pro hac vice*)
   Brian K. Herrington (*admitted pro hac vice*)
8  BARRETT LAW GROUP
   404 Court Square North
9  Lexington, MS 39095
   Telephone: (662) 834-2488
10 Facsimile: (662) 834-2628
   dbarrett@barrettlawgroup.com
11 bherrington@barrettlawgroup.com
12
   *Lead Counsel for Plaintiffs*

Steven A. Zalesin (admitted *pro hac vice*)
Travis J. Tu (admitted *pro hac vice*)
Michelle W. Cohen (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB &
    TYLER  LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
sazalesin@pbwt.com
mcohen@pbwt.com
tjtu@pbwt.com

Tammy B. Webb (SBN 227593)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
tbwebb@shb.com

*Attorneys for all Defendants*

13

14                    UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 | | Case No.  4:14-md-02555-JSW
17 | IN RE: COCA-COLA PRODUCTS
   | MARKETING AND SALES PRACTICES
18 | LITIGATION (NO. II) | **STIPULATION AND [PROPOSED]**
   | | **ORDER EXTENDING THE TIME BY**
19 | | **WHICH THE DEFENDANTS MAY**
   | This Document Relates to All Actions | **FILE REPLY PAPERS IN FURTHER**
20 | | **SUPPORT OF DEFENDANTS'**
21 | | **MOTION FOR PARTIAL SUMMARY**
   | | **JUDGMENT**  AND CONTINUING THE HEARING
22 | | DATE
23 | | Judge:  Hon. Jeffrey S. White
   | | Hearing:  December 4, 2015
24 | | Courtroom:  5

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                  1
Case No. 4:14-md-02555-JSW

1    **WHEREAS,** on October 2, 2015, defendants The Coca-Cola Company, Coca-Cola
2    Refreshments USA, Inc., BCI Coca-Cola Bottling Company of Los Angeles and Coca-Cola
3    Bottling Company of Sonora, California (collectively, "Coca-Cola") filed a motion for partial
4    summary judgment (Dkt. No. 100); and

5    **WHEREAS,** the parties previously stipulated to a modified briefing schedule by
6    which the plaintiffs' opposition papers would be submitted on or before October 30, 2015,
7    Coca-Cola's reply papers in further support of the motion for partial summary judgment
8    would be filed on or before November 20, 2015, and the hearing on the partial summary
9    judgment motion would be heard on December 4, 2015 (Dkt. No. 101); and

10   **WHEREAS,** the Court so ordered that modified briefing schedule on October 9, 2015
11   (Dkt. No. 102); and

12   **WHEREAS,** the plaintiffs filed their memorandum in opposition to Coca-Cola's
13   motion for partial summary judgment on October 30, 2015 (Dkt. No. 103); and

14   **WHEREAS,** Coca-Cola currently requires additional time to finalize its reply papers,
15   specifically that the attorney principally responsible for drafting Coca-Cola's moving papers
16   has taken maternity leave, requiring less-familiar attorneys to expend substantial time
17   familiarizing themselves with the factual record and case law previously relied upon, and that
18   Coca-Cola's counsel has been required to appear in multiple other cases this week leading up
19   to the current submission deadline; and

20   **WHEREAS**, the plaintiffs have agreed to an extension of the time in which
21   Coca-Cola may file its reply papers in further support of the motion for partial summary
22   judgment to on or before Wednesday, November 25 at 12:00 PM (Noon) Pacific Standard
23   Time; and

24   **WHEREAS,** the requested extension of time will not disrupt the previously-scheduled
25   December 4, 2015 hearing on Coca-Cola's motion for partial summary judgment;

STIPULATION AND [PROPOSED] ORDER
Case No. 4:14-md-02555-JSW

2

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties
2  through their respective attorneys of record that:
3      1.  The deadline for Coca-Cola to file its reply brief in support of its October 2, 2015
4          motion for partial summary judgment is extended to Wednesday, November 25 at
5          12:00 PM (Noon) Pacific Standard Time.

6
7  Dated: November 17, 2015                By:  */s/ Bradley F. Silverman*
                                                Bradley F. Silverman
8                                               Attorney for Plaintiffs
9
10 Dated: November 17, 2015                By:  */s/ Steven A. Zalesin*
                                                Steven A. Zalesin
11                                              Attorney for Defendants
12
13
14 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** It is FURTHER ORDERED that the hearing shall
   continued from December 4, 2015 to December 11, 2015.  If the Court finds the motion suitable for disposition
15 without oral argument, it will notify the parties in advance of the hearing date.
   **DATED:**  November  18 , 2015
16                                              _____
                                                Honorable Jeffrey S. White
17                                              United States District Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER            3
Case No. 4:14-md-02555-JSW
  8275823