1
2
3
4                              UNITED STATES DISTRICT COURT
5                            NORTHERN DISTRICT OF CALIFORNIA
6
7   GEORGE ENGURASOFF, et al.,
                                                Case No.  14-md-02555-JSW
            Plaintiffs,
8
9        v.
                                                **ORDER VACATING HEARING DATE**
10  COCA-COLA REFRESHMENTS USA,                  Re: Docket No. 100
    INC., et al.,
11
            Defendants.
12
13       Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendants' motion for partial
14  summary judgment, which is scheduled for hearing on December 11, 2015, is suitable for
15  disposition without oral argument.  Accordingly, the Court VACATES the hearing date.  The
16  motion will be taken under submission and decided on the papers.
17       **IT IS SO ORDERED.**
18  Dated: December 4, 2015

                                                 _____
                                                 JEFFREY S. WHITE
                                                 United States District Judge