UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ENGURASOFF, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>COCA-COLA REFRESHMENTS USA, INC., et al.,<br><br>   Defendants. | Case No. 14-md-02555-JSW (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 146 |

## INTRODUCTION

Pending before the Court is a Joint Letter Brief regarding the merit of Coca-Cola's assertion of the attorney-client privilege to support its redaction of emails between Coca-Cola personnel and third parties who have provided printing services. Ltr. Br., Dkt. No. 146.

The undersigned has reviewed the parties' positions and orders the parties to submit supplemental information.

Coca-Cola shall submit a declaration attesting to the facts it contends support its assertion of privilege in redacting the documents at issue in the Letter Brief. *Id.* at 5 (indicating Coca-Cola is prepared to submit such a declaration). The declaration(s) shall be submitted by persons attesting they have personal knowledge of the working relationship between the third parties and Coca-Cola's counsel, the work-flow between the third parties and Coca-Cola's counsel, and the specific nature of the legal advice provided by Coca-Cola's counsel to these third parties in connection with labeling and ingredient list disclosures. The declaration(s) shall provide sufficient detail to allow the Court to assess the validity of the assertion of privilege with respect to each document listed in Exhibit 1, although Coca-Cola may address documents in categories if appropriate.

Plaintiff shall file a supplemental brief addressing each of the points raised by Coca-Cola at page 5 of the Letter Brief regarding the timeliness of Plaintiff's motion, and any other relevant points. The supplemental brief shall not exceed three pages.

The parties shall file these documents no later than April 27, 2017, and may request additional time by submitting a joint stipulation (or a declaration explaining why a joint stipulation was not possible).

**IT IS SO ORDERED.**

Dated: April 18, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge