ALBERTO SOLER-SOMOHANO
*(non-member of the bar)*
Intervenor-Punitive Class Member
736 SE 8th Place
Miami, Fl. 33010
(786) 613-1778
e-mail: thennowalways@icloud.com

**FILED**

FEB 26 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES COURT
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Division

IN RE: COCA-COLA PRODUCTS
MARKETING AND SALES
PRACTICES LITIGATION

Case No. 4:**14-md-02555-JSW**

### VERIFIED MOTION TO INTERVENE

ALBERTO SOLER-SOMOHANO

Intervenor/Punitive Class Member

-vs-

THE COCA-COLA COMPANY &
COCA-COLA REFRESHMENT USA, INC

Defendant(s)

COMES NOW, the Intervenor-Punitive Class Member, ALBERTO SOLER-SOMOHANO, hereby moves through Fed. R. Civ. P. 24(a) respectfully requesting the Court to grant intervention of right in above stated cause for the following acts, facts and as a matter of law says as follow:

I.     **RELEVENT PROCEDURAL HISTORY AND INTRODUCTION**

1.

Procedural History

1.1   The Court has denied Defendant's the Coca-Cola Company Motion to Dismiss and

---

Motion to Intervene/14-md-02555-JSW

denied in part-granted in-part their Motion for Summary Judgment on May 19th, 2016. **[DE/116]**

1.2 The request for Class Certification has be pending since June 16th, 2017 **[DE168]**, under seal since July 28th, 2018. **[DE/171]**

1.3 There has been no actively in the case since last pleading filed November 30th, 2018. **[DE/187]**

## 2.
### Introduction

2.1 Intervenor Alberto Soler-Somohano will be referred herein as "ASUS" and Appendix (A) thru (H) will referred as **APP/ /p.**

2.2 Plaintiff, Class Members will be referred herein as "PCM" and/or as "Class"

2.3 Defendant, The Coca-Cola Company will be referred as "TCCC" and/or "Coke" their soft drink coca-cola/coke will be referred as "soft drink"

2.4 The United States Patent Trademark Office will be referred as "USPTO" and the Trademark Trial & Appeal Board will be referred as "TTAB"

2.5 The United States Government will be referred as "USA" and Federal Drug Administration will be referred as "FDA" and The Food & Drug Cosmetic Act will be referred as "FDCA"

2.6 Coke's Motion for Partial Summary Judgment at *[DE/100]* will be referred as "CSJ" or *CJS/100/p*. Coke's Opposition to Plaintiff's request for Class Certification at *[DE168]* will be referred as "COP" or *COP/168/p.*

2.7 The Court's summary judgment ruling at *[DE/116]* will be referred as "SJR" or *SJR/116/p.*

## II. VERIFIED STATEMENTS OF THE FACTS AND THE CAUSE

### 3.
### Intervenor

3.1   ASUS is a Cuban National and resident of the State of Florida since 1969.

3.2   Since as early as 1966, ASUS started consuming Coke's soft drink.

3.3   ASUS has been twice convicted of a cocaine trafficking offense in the State and Federal offenses. *(State of Florida 1990-1997; USDC SD Fl. 2000-2007)*

3.4   During the summer of 2008, ASUS heard on the radio that the Bolivian Government expelled the DEA and every other U.S Official to depart Bolivia on account of destroying their coca crops for the war on drugs while at the same time allowing the Coca-Cola Company to import coca leaf for their soft drink.

3.5   ASUS didn't like what he heard after spending 14 years in prison for cocaine while Coke allowed to import the same drug for their monkey business.

3.6   ASUS started wondering why he drinks coke almost every day and do cocaine also almost every day the same and the reason getting in the drug business to support his cocaine habit in the first place.

3.7   ASUS wanted to get into the same business as Coke since it was legal under *21 USC 841 (b)(A)(1)(ii)* as importation of decocainized coca-leaf.

3.8   Since as early as 2010, ASUS establish a business DBA "GS Waters" to enter the market with liquid products that will contain "coca extract".

3.9   On and around late 2010, ASUS lawfully imported decocainized coca extract in liquid from Peru *Enaco Company* for production of soft drinks, fruit juices and drinking water products

3.10   On or around 2012, after still using cocaine and drinking coke, decided to stop using cocaine because couldn't support his habit at the same time to support the start-up of his business and resources on his investigation into the Coke's history of having cocaine at one time as alleged by Coke in the media clear of cocaine since 1904.

3.11   As of sometime between <u>March and June 2015,</u> ASUS stopped drinking Coke's soft drink and as of *December 31st 2015-January 1st 2016*, been clean from cocaine.

3.12   ASUS then started drinking Pepsi but ended up only drinking as a soft *Hansen's soda* which was then acquired by TCCC in which ASUS later then had urges to do cocaine again making him start thinking does it also contain coca since the label also stating "natural flavors".

3.13   ASUS will move to intervene in any other class involving Coke and if it involves Hansen Soda.

4.
<u>United States Patent Trademark Office</u>

4.1   On around mid-July/August 2010, ASUS attempted to trademark the term "Coca-Leaf Water" but was refused by the USPTO being descriptive # <u>85095398</u>also "GodSend Water" #<u>85103581</u> and "Feel Life Water" #<u>85097537</u>.

4.2   After getting to know the trademark laws, ASUS asked himself how could of Coke gotten of the Coca-Cola Company trademark registrations while hating and mad why can Coke be their name Coca-Cola register. ASUS continue further investigating the law topic into the history of the Coca-Cola Company trademark registrations while hating and mad why can Coke be allowed while not him especially for water products not soft drinks.

4.3   Since as early as 2011 ASUS has been in trademark litigation at the USPTO against Coke.

4.4   Coke has filed letters of protest against all ASUS'S trademark applications for goods under class 032 containing "coca extract"

4.5   Trademark Applications: 85095398; 85607106 85614035; 85672347; 85741161; 85756565; 85813590; 86328814; 86703331, and others.  All have been denied due to Coke's influences since after first being approved later saying not approved.

4.6   Currently applications; 86059780 (Cocalicious), *fruit beverages*, 86633923 (Cola de Coki) *soft drink*, and 87575740 (Coki), *water products*, are active.

5.

## Trademark Trial Appeal Board

5.1   Coke has opposed all ASUS'S application that got approved for publication but all were dismissed by the TTAB as sanction against ASUS for filing pleadings w/o permission by TTAB or consent by Coke. 91209094; 91210103; 91211714; 91218529; 91224621; 91224653; 91224670, and others.

5.2   Coke also petition to cancel and granted by the TTAB, ASUS'S supplemental registration mark word "Cocaleaf" under class 032. Reg. *4259407*, Proceeding 92057485

5.3   Currently opposition proceedings 91232090 and 91224621 are active post discovery in which ASUS has move as affirmative defense that Coke does not have priority rights for unclean hands unlawfully being use in interstate commerce, on account of their label ingredient term "natural flavor" as a substitute name instead of its true ingredient matter from coca plant. See, TTAB record, **App/A/p.1-4** and ASUS discovery requests. **App/B/p.5-23**

5.4   In re Brown, 119 USPQ2d 1350 (TTAB 2016) (*marihuana products unlawful interstate violating 21 USC 841(a)(1)*)

5.5   TCCC refused/objected to ASUS'S discovery requests and the TTAB sustained their objection only requiring them to admit or deny request (7), if Coke's soft drink the most consume in the world. **App/C/p.24-25**

*Coke Settlement Proposals*

5.6   Coke since as early as 2012 have attempted several times to settle with ASUS saying that

*ASUS won't have the resources to withstand our legal challenges so it will be better if you settle.*

5.7   At first ASUS said to them *"fu"*, but then for always being on the defenses for all Coke's offenses decided in an effort of good faith to come to terms with them so they leave him alone decided to abandon all trademark registration soft drinks and fruit beverages but not to water goods containing "coca extract"

5.8   Coke said, *"no deal everything must be abandoned"* ASUS told them again *"fu"*. *(This conference call was recorded as others as well)*

5.9   It was then that ASUS decided to start his own offenses against Coke.

### III.   COKE'S UNLAWFUL USE IN INTERSTATE ENDEAVORS

#### 6.

#### Sherman-Clayton Acts/Foreign Corrupt Practice Act

6.1   Since as early as 2010, Coke initiated an advertising campaign to influence the public to give *diet coke* <u>new name</u> as "Doke" Great idea but ASUS ruin it for them paying heavy they lost many millions for all the wrong they were doing to him. See. **App/D/p.26**

6.2   ASUS saw it coming and saw they were coming undercover false company called "Oasis" against the law using the Russians to do for them opening up stores in ASUS own backyard South Florida, called The Okey Dokey Stores.

6.3   ASUS filed opposition proceedings against Oasis attempt to register "Doke" and Coke to not look like is them also filed opposition proceedings. See, <u>91212913</u> and <u>91212914</u>. At the end Coke's Doke plan failed and all the Okey Dokey stores closed. Obviously, Coke violated the Sherman and Clayton Act attempting to get into the retail business.

6.4   On account of Trump with the Russians coming into the headlines ASUS contacted the U.S

Attorney from the South District of Florida to be advised on Coke's Russian connection.

6.5 **App/E/p.26-30**, are email communications between ASUS and the AUSA with the FBI on the matter and after the meeting on the matter.

6.6 ASUS also attempted to get the message to Special Counsel Mueller by forwarding a email to his ex-employer before his appointment. **App/F/p.31**

## 7.
### Coke's Coca-Cola Life Registration

7.1 ASUS caught them with another crime using their Coca-Cola Life mark unlawfully in interstate commerce.

7.2 Coke was using the ® registration in foreign commerce before it was register by the USPTO.

7.3 ASUS filed opposition against Coke attempting to register the mark Coca-Cola Life. See. Opposition Proceedings 91216818 and 91215768

7.4 Coke had to re-manufacture all their Coca-Cola Life container deleting the ® registration and substituted with "TM" instead and them losing millions and again another embarrassment to them. **App/G/p.32**

## 8.
### Coke's Soft Drink Label

8.1 Upon personal experience-personal belief and information, FIOA requests and declassified top-secret information, TCCC soft drinks contains matters from the coca plant. ASUS has forwarded discovery request for admissions to TCCC. **App/H/p.33-43**

8.2 The source of cocaine comes directly from the leaves of coca plant.

8.3 TCCC soft drink label as a whole or in part as to the term *"natural flavor"* and also its

statement *"original formula"* is **grossly deceptive** to the highest degree of human decency that as jeopardized the health and safety of all the people in the world for over 120 years still currently.

8.4   TCCC <u>decision</u> to use the term "natural flavor" in its label description and not instead the name of the source of the flavor was *knowingly* and *purposely.*

8.5   TCCC decision not to use the common name of the flavor's source "coca" and instead "natural flavor", was <u>intentional</u>

8.6   Had TCCC use the name "coca" as the source of the natural flavor ingredients, all the people of the world will be alerted does still have cocaine like once before for having coca in the cola and staying away from it even if it was stated certified 100% clear of cocaine.

8.7   Had TCCC use name "coca" as the source of the natural flavor ingredients they lose their priority rights and cancellation of all their trademark registration for having a generic/descriptive trademark name which unsustainable under the Lanham Act, 15 USC 1051 (1946) unlawfully use interstate commerce.

8.8   TCCC'S omission decision was *willfully maliciously.*

8.9   TCCC omission decision avoids them to comply with the <u>fair warning</u> requirement in which in this case it must also be stated that its soft drink is *100% clear of any cocaine traces.* (The US Supreme Court in US v. Lexington, 232 US 399 (1914) ruled that food containing poisonous or deleterious ingredients are illegal and proof of actual injury is not required to find a violation)

*Material*

8.10   There is no such thing of 100% clear of anything and why Coke is top most consume soft drink of the world and why America is also top country of the world in cocaine consumption.

8.11   Why you think 1985 New Coke sucked… it was manufacture w/o the coca for they were

getting short of it due to the drug war that provoked Reagan executive order to ripe it out from the face of the earth and terminated Stepan Company license on importation of coca leaves. *New York Times, July, 1st 1988*

8.12   Coke here gives us a clue that it was for that by them saying "original formula" advertising campaign was initiated on account of the 1985 New Coke blunder. *CSJ///100/p.4*

8.13   Coke's soft drink flavor is artificial, *the greatest hoax on all the people all over the world*, it was never a secret ingredient it's was not the flavor instead the pleasure for it was the real thing natural from the coca leaf cocaine alkaloid that triggers <u>dopamine</u>.

8.14   So don't we all want to know if Coke soft drinks did contained matter from the coca plant and was it tested that it didn't have traces of cocaine before we all drank it.

8.15   It's too late now the damage already been done but is not too late to stop them from continuing on for TCCC to pay heavy levy and be buried.

### *Mandatory Restraining Order*

8.16   The Court must expeditiously direct Coke to seize from producing and selling any of their soft drinks for its clear there is an imminent injury to all the people of the world.

8.17   The Court should direct Coke to show cause if in fact their soft drink does contain matter from the coca plant.

**IV.        MOTION TO INTERVENE**

9.

<u>As a Matter of Right</u>

9.1   To be entitled to intervene as of right, intervenors must show that: (1) motion is timely; (2) possesses an interest related to the subject matter of the litigation; (3) disposition of the action threatens to impair interest; and (4) the class members will fail to represent interest adequately.

*Perry v. Proposition*, 587 F.3d 947 (9th Cir. 2009)

9.2 This Court has personal jurisdiction over ASUS for being a Florida resident as PCM Mr. Woods. *Donaldson v. United States,* 400 U.S. 517, 531, 91 S. Ct. 534, 535 (1971) (finding interest, for purposes of intervention as of right, must be significantly protectable)

9.3 ASUS intervention of right here is both a personal interest for <u>Consumer Rights,</u> and <u>Trademark Rights.</u>

*Timely*

9.4 ASUS request here for intervene pre-certification carries a presumption that the motion is timely filed. See, citing *Am. Pipe Construction v. Utah*, 414 U.S. 530 (1974) <u>See,</u> *Wallach v. Eaton*, 837 F.3d 356 (3rd Cir. 2016) The Ninth Circuit has yet to consider the question.

*Consumer Interest*

9.5 ASUS started consuming Coke soft drink as early has 1967 and continue until into it was known to him that Coke soft drinks had had traces of cocaine that why he became addicted to it and pay the price for it going to prison for selling it to maintain his addiction, losing 14-years of his life against his will.

9.6 Coke's soft drink label term *"natural flavor"* the greatest lie ever in the world on all the people of the world and worst of all the law allowing Coke to do just that by regulation that had no public comments period obviously yet another cover-up well yet another "omission" to get away with it.

9.7 It would have been at the very least that consumer should have be warn given *fair warning* before they drank it being certified by the USA that it was 100% clear of any cocaine.

9.8 Further disgrace is Coke using the term *"original formula"* as a way to get back consumer

who hated the new coke to drink up again a direct disrespect to all the people's faces for being true indeed coca back in the cola.

9.9  Coke's legal representative having a great time getting pay hourly laughing at and on all of us suggesting that PCM claiming injury if Coke had changed its "original formula" – stating at *COP/168/p.8*

> *the most famous and jealously-guarded trade secret in history*
> *-is as far from "imminent" as one can imagine.*

9.10  ASUS in defense of all the PCM class members respond back to the Coke heads as follow: *coca is the secret,* **cocaine** *trade what is guarded,* **Coke's** *history now imminent,* **famous** *now hated,* **imagine** *that who jealous now.*

*Impairment/inadequate*

9.11  Under the fourth intervention prong, "a would-be intervenor must show only that impairment of its substantial legal interest is possible if intervention is denied. (*Citizens for Balanced Use v. Wilderness Assn*, 647 F.3d 893, 900 (9th Cir. 2011) ("intervention of right does not require absolute certainty that a party's interest will be impaired")

9.12  The Court granted Coke's CSJ, as to PCM Woods claim against the term *"original formula" SJR//116/ p. 12* which now after ASUS claims and facts pleaded for intervention the Court should of instead deny Coke's CSJ as to the "original formula" for being grossly deceptive in a disrespected way directly jeopardizing the health of every one that drank Coke's soft drinks.

9.13  The Court should reconsider all its ruling that granted Coke's CSJ as to the *"original formula"* by instead denying it.

9.14  Further, the PCM made no claim to "original formula" as deceptive or misleading",

however the Court did not preclude from being raised as the litigation proceeds. *SJR//116/p. 9 n.11*

9.15   ASUS did raise it now should be part of PCM claims against Coke no need to be raised later by any of the PCM class members.

9.16   The Court's SJR did not determined if PCM claims of omission was material since Coke as not requested summary judgment as on it. *SJR/116/p.7 n8.*

9.17   ASUS raises here that Coke's omission was <u>material</u>.

9.18   The omission was material is Coke's own admission the reason why is the most consume in the world; *67%* is for the taste and *30%* for thirst-quenching and refreshing. *COP/168/p.6*

9.19   Obviously, the consumer don't care much or don't even look at Coke's soft drinks label or anything but just its color red and white stripe with the word Coke/Coca-Cola-they just grab it buy it and drink it and that's that.

9.20   Which leads ASUS to claim here that the present PCM claims are weak in fact a laugh, *not to the bar members*, so let's not kid ourselves is not but is now not for what ASUS as stated why was that why all drink it up w/o a thought to what and what it was is what is called dopamine from what...... **them coward they omitted it from all of us**.

9.21   Further for thought how sad is that is what was the worst of all to all of us is the omission of the ingredients "coca" also avoided Coke to yet again omit yet another thing which is the main material statement of all-the *"Failure to Warn"* notice to all of us. *How disgusting was that after the first disgusting omission-its also material for prison sentencing enhancement.*

9.22   As to the merits for class certification, ASUS would like to rebuttable what Coke pleaded saying the present CPM do not meet the prerequisites for class treatment because that proposed

---

class rep. label claims injuries was inmaterial to the overwhelming majority of *putative class members*. *COP/168/p.15*

9.23   ASUS represents the overwhelming majority of the punitive class members on the willful disgust omission for another willful disgusted omission that is directly material to the health and safety of all the people of the world that drinks Coke soft drinks.

9.24   So the class representative standing requirement as Coke said it lacks, *COP/168/p.14-15* is now a non-issue since the issue for all this here is how long now before Coke is hated done and gone.

### *Trademark Interest*

9.25   ASUS apart from having standing rights as a consumer for the cause here he also as standing under the Lanham Act against Coke's label deception in interstate on account of his business venture and currently in dispute with Coke in the USPTO at the TTAB.

9.26   The Ninth Circuit as held that "only lawful use in commerce can give rise to trademark priority". *CreAgri v. USANA*, 474 F.3d 626 (9th Cir. 2007)

9.27   Both claims are intertwined directly related and should not be separated since this Court does have Article III jurisdiction as to both claims FDCA and Lanham Act.

9.28   ASUS interest here is significant no settlement but judgment against Coke label deception and omission triggers judgment also against Coke at the TTAB.

### *Impairment/adequate*

9.29   Obviously PCM has no trademark interest and any settlement will foreclose ASUS from success of his business even though Coke are in fact unlawful in use in interstate commerce. *POM v. Coca-Cola Company*, 573 U.S. ____ (2014)

---

## V. INTERVENE AS A MATTER OF LAW, FACT AND RIGHTS

### 10.
### Precedent Authorities

10.1 As a matter of fact the Court's ruling on Coke's partial motion for summary judgment before deciding class certification is contrary to precedent authority.

10.2 Class been pending for 2-years thus ASUS has no choice but intervene Precertification for the longer class remains pending the more prejudice mounts against ASUS to intervene. *ASUS will not wait around but go in to get a seat before it's too late to even get in to get a seat.*

10.3 As a matter of fact in the abundance of caution ASUS moves here to intervene for possibility that ASUS will never receive notice of class certification in the first place. The 9th Circuit does not follow pre-certification of the identity of class members on the notice requirement that does not violate due process. *Briseno v. ConAgra Foods,* No. 15-55727 (9th Cir. 1/3/2017)

10.4 Furthermore as a matter law ASUS should be allowed to intervene preserve his rights to appeal any judgment that hampers his interest settlement reach pre-certification. *Marino v. Ortiz* 484 US 301 (1988)

10.5 Moreover, intervention here is a must for ASUS since the Top Court reversed the 9th Circuit ruling that denial of class does not toll another attempt to request class again. *China Agritech v. Resh,* 584 U.S. ___ (2018)

10.6 Assuming arguendo there a forthcoming settlement before decision on class certification that does not moot or dismisses the class complaint, *Campbell v. Gomez,* 577 US ___ (2016),

### 11.

### Constitutional Rights

11.1  ASUS has the <u>Seventh</u> Amendment Right for jury trial so objects to any decision making this case moot or dismissed for any settlement agreement the claims should go for jury resolution and not any direct verdict decision after trial conclusion.

11.2  ASUS has the <u>First</u> Amendment Rights to both access the courts and of remedy.

### VERIFICATION

I ALBERTO SOLER-SOMOHANO declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated; <u>February 25th, 2019</u>

ALBERTO SOLER-SOMOHANO

### CONCLUSION

**WHEREFORE** Alberto Soler-Somohano, respectfully requests the Court to grant ASUS Motion to Intervene in the interest of all the people in the world

Filed this 25 day of February 2019

Respectfully submitted,
/ASUS/

ALBERTO SOLER-SOMOHANO
Intervenor-Punitive Class Member
736 SE 8th Place
Miami, Fl. 33010
(786) 613-1778

CERTIFICATE OF SERVICE

I HERBY CERTIFY under the penalty of perjury that a true and correct copy of the foregoing was furnished to all parties of record below described via email attachment this 25 day of February 2019

/ASUS/

**Plaintiff's Lead Attorneys**

*The Fleischman Law firm, LLC*
Keith@fleischmanlaw.com
bsilverman@fleischmanlaw.com
jglatter@fleischmanlaw.com

*Barrett Law Group*
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com

*Pratt & Associates*
pgore@prattattorneys.com

**Attorneys for all Defendants**

*Shook, Hardy & Bacon, LLP*
tbwebb@shb.com

*Patterson, Belknap Webb & Tyler LLC*

Steven A. Zalesin (admitted pro hac vice)
sqzalesin@pbwt.com

Travis J. Tu (admitted pro hac vice)
tbwebb@shb.com

Michelle W. Cohen (admitted pro hac vice)
mcohen@pbwt.com

**Other Interest Parties**

---

**Other Interest Parties**

*The Coca-Cola Company*

<u>Trademark Legal Department</u>
Jessica Lewis
<u>jeslewis@coca-cola.com</u>

*Coca-Cola Company, TTAB Legal Representative*

John C. Rawls
<u>rocky@bwmtx.com</u>

*U.S. Department of Justice*

<u>U.S Southern District of Florida,</u>
Karen Gilbert, AUSA
<u>karen.gilbert@usdoj.gov</u>

<u>The F.B.I</u>
Irin Vorokova
irina.<u>Voronkova@ic.fbi.gov</u>

*The Cuban Embassy*

<u>Camara De Comercio, De La Republica De Cuba</u>

Julio Suarez Somohano

2630, 16th Street N.W.,

Washington, D.C 20009

<u>jsomohano@usadc.embacuba.cu</u>